FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 0 1 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 23-1620 KWR |
| ) | |
| vs. ) | Counts 1-2: 18 U.S.C. §§ 1152 and 1111: |
| ) | First Degree Murder. |
| **JOSHUA GONZALES**, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

## Count 1

Between on or about May 30, 2019, and on or about May 31, 2019, in Indian Country, in Taos County, in the District of New Mexico, the defendant, **JOSHUA GONZALES**, a non-Indian, unlawfully killed John Doe 1, an Indian, with malice aforethought, in that the defendant killed John Doe 1 willfully, deliberately, maliciously, and with premeditation.

In violation of 18 U.S.C. §§ 1152 and 1111.

## Count 2

Between on or about May 30, 2019, and on or about May 31, 2019, in Indian Country, in Taos County, in the District of New Mexico, the defendant, **JOSHUA GONZALES**, a non-Indian, unlawfully killed John Doe 2, an Indian, with malice aforethought, in that the defendant killed John Doe 2 willfully, deliberately, maliciously, and with premeditation.

In violation of 18 U.S.C. §§ 1152 and 1111.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney